# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Renalda Rouse**
        Plaintiff(s)
  vs.                                    **CASE NUMBER: 3:20-cv-915 (TWD)**

**Kilolo Kijakazi**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) is DENIED; and it is further ORDERED that Defendants motion for judgment on the pleadings (Dkt. No. 12) is GRANTED; and it is further ORDERED that Defendants decision denying Plaintiff disability benefits is AFFIRMED, and it is further ORDERED that Plaintiffs complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Therese Wiley Dancks, dated the 29th day of September, 2021.

DATED: September 29, 2021

*[signature]*
Clerk of Court

        s/Kathy Rogers
        Deputy Clerk